**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 17−20012−TPA**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Cheryl A. Campbell
   723 9th Avenue
   Elizabeth, PA 15037

Social Security No.:
   xxx−xx−5410

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Christopher M. Frye
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
Telephone number: 412−391−8000

NAME/ADDRESS OF TRUSTEE
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Telephone number: 412−471−5566

DATE/TIME/LOCATION OF MEETING OF CREDITORS
April 10, 2017
11:00 AM
3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219

CONFIRMATION HEARING DATE/TIME/LOC
April 10, 2017
11:00 AM
3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219

**ON AFFIDAVIT OF DEFAULT BY CHAPTER 13 TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 3/9/17

BY THE COURT

Thomas P. Agresti
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 17-20012-TPA
Cheryl A. Campbell                                                     Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dkam                    Page 1 of 1              Date Rcvd: Mar 09, 2017
                              Form ID: rsc13                Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2017.
```
db              +Cheryl A. Campbell,    723 9th Avenue,    Elizabeth, PA 15037-1248
14357170       ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
                 (address filed with court: Collection Service Center,    250 MT LEBANON BV 420,
                 West Mifflin, PA 15122)
14357169        +Collection Service Center,    P.O. Box 560,    New Kensington, PA 15068-0560
14357174        +PNC Bank,   3232 Newmark Drive,    Miamisburg, OH 45342-5421
14344228        +PNC Mortgage,   3232 Newmark Drive,    Miamisburg, OH 45342-5433
14344229        +Rebecca Solarz,    KML Law Group,    701 Market Street,    Philadelphia, PA 19106-1538
14357176        +Stellar Recovery,    Dept. 132118,   PO Box 1259,    Oaks, PA 19456-1259
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 10 2017 01:36:41      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
14357168        +E-mail/Text: banko@berkscredit.com Mar 10 2017 01:36:25       Berks Credit & Collection, Inc.,
                 P.O. Box 329,    Temple, PA 19560-0329
14357167        +E-mail/Text: banko@berkscredit.com Mar 10 2017 01:36:25       Berks Credit & Collection, Inc.,
                 900 Corporate Drive,    Reading, PA 19605-3340
14357171        +E-mail/Text: ccusa@ccuhome.com Mar 10 2017 01:36:15       Credit Collection Company/USA,
                 16 DISTRIBUTOR DR 1,    Morgantown, WV 26501-7209
14357172        +E-mail/Text: bankruptcy_notifications@ccsusa.com Mar 10 2017 01:37:08
                 Credit Collection Service,    PO BOX 607,    Norwood, MA 02062-0607
14357173        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 10 2017 01:36:41      PA Department of Revenue,
                 Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA 17128-0946
14363773         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 10 2017 01:36:41
                 Pennsylvania Department of Revenue,    Bankruptcy division, P O Box 280946,
                 Harrisburg P A 17128-0946
                                                                                               TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               PNC BANK, NATIONAL ASSOCIATION
14357175*       +Rebecca Solarz,    KML Law Group,    701 Market Street,    Philadelphia, PA 19106-1538
                                                                                TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 9, 2017 at the address(es) listed below:
```
              Christopher M. Frye    on behalf of Debtor Cheryl A. Campbell chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com
              James Warmbrodt     on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4
```